# UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

CHAMBERS OF
**ESTHER SALAS**
UNITED STATES DISTRICT JUDGE

MARTIN LUTHER KING
COURTHOUSE
50 WALNUT ST.
ROOM 5076
NEWARK, NJ 07101
973-297-4887

November 25, 2019

## LETTER ORDER

Re: *Brown v. New Jersey Dep't of Corr., et al.*
<u>Civil Action No. 15-7708 (ES) (JAD)</u>

Dear parties:

On June 28, 2019, defendant Herbert Smyczek filed a motion to dismiss plaintiff Frank M. Brown's ("Plaintiff") complaint as a discovery sanction for his failure to provide discovery responses and failure to comply with a Court order. (D.E. No. 47). The motion was unopposed.

On October 30, 2019, the Honorable Joseph A. Dickson, U.S.M.J., issued a Report and Recommendation, recommending that the Court dismiss Plaintiff's claims *without prejudice*, pursuant to Federal Rule of Civil Procedure 37, and allow Plaintiff 30 days to seek reinstatement of his claims by making a showing of why dismissal would be inappropriate. (D.E. No. 48 ("R&R")). Magistrate Judge Dickson gave the parties until November 13, 2019 to file and serve objections to the R&R pursuant to 28 U.S.C. § 636 and Local Civil Rule 72.1(c)(2). The parties did not file any objections.

The Court has considered Magistrate Judge Dickson's R&R, and for the reasons stated therein,

IT IS on this 25th day of November 2019,

**ORDERED** that Magistrate Judge Dickson's R&R is adopted in full; and it is further

**ORDERED**, in accordance with the R&R, that Plaintiff may, within 30 days from the date of this Order, seek reinstatement of his claims by making a showing of why dismissal would be inappropriate; if no such showing is made, Plaintiff's claims may be dismissed *with prejudice* and this matter closed without any further notice; and it is further

**ORDERED** that the Clerk of Court shall TERMINATE docket entry numbers 47 and 48.

*s/Esther Salas*
**Esther Salas, U.S.D.J.**